## AFFIDAVIT OF SPECIAL AGENT JOSEPH IANNACCONE IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Joseph Iannaccone, Special Agent with the Department of Homeland Security, Homeland Security Investigations, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with United States Department of Homeland Security ("DHS"), Immigrations and Customs Enforcement, Homeland Security Investigations ("HSI"), and am assigned to the office of the Special Agent in Charge, Boston, MA. I have been an agent of HSI since 2009. As part of my duties, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors, including but not limited to violations of 18 U.S.C. §§ 2422, 2423, 2251, 2252, and 2252A. I have received training in the investigation of child pornography, child exploitation, and transportation of minors, and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256). In my over two years of investigating these types of cases, I have participated in the execution of numerous search warrants involving child exploitation and/or child pornography offenses.

2.  I submit this affidavit in support of a criminal complaint charging **Joshua BEMIS** with possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

3.  The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other agents and witnesses, including, in particular, the Kent (United Kingdom) Police and the New Zealand Department of Internal Affairs (DIA). This affidavit is intended to show merely that there is probable cause for the issuance of the requested criminal complaint charging **Joshua BEMIS** with possession of child

pornography, in violation of 18 U.S.C. § 2252A and does not set forth all of my knowledge about this matter.

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

4.      In August 2018, HSI Boston's Cyber Crime and Child Exploitation Group received an investigative referral from the HSI Cyber Crimes Center ("C3") concerning an online storage account containing suspect child pornography that appeared to belong to an individual residing at 3 Lakeview Gardens, Apt 408, Natick, MA.

5.      According to HSI C3, on or about July 2, 2018, or shortly thereafter, the Kent (United Kingdom) Police ("Kent"), in the course of its own investigative work involving child pornography, accessed the following URL link:

https://mega.nz/#!h4VBFZqK!CkOv0jADS1L4gt3OoKbELFmMVZ9wjzjyDnKUgz6sXNI

Kent investigators reviewed the link's contents and determined it contained numerous sexually explicit videos of children that were accessible through this link. Kent investigators noted the URL was a shared Mega[1] cloud storage link that had been created on June 1, 2017 at 16:43:59 (UTC). The Kent investigators reviewed and downloaded a sample of the individual files. Kent investigators learned from Mega Limited that the above-referenced URL link was generated by the user of a Mega account associated with the email address **Sleekdeke@gmx.com**. Kent Police obtained an Internet Protocol (IP) log from Mega Limited connected to the Mega account Sleekdeke@gmx.com (hereinafter, the "SUSPECT ACCOUNT"). Kent investigators noted that an IP address linked to the Mega account geo-located to the United States:

---

[1] Mega is a cloud storage and file hosting service offered by Mega Limited, a New Zealand based company.  Mega provides remote server space and end-to-end encryption, where users may privately store and share their files.  The service is offered through web interface, desktop clients for Windows or Mac, and smartphone apps for Android and iOS.  A unique feature offered by Mega is a text and video chat tool, which is also fully encrypted.

    a.  **173.48.207.102: on 2018-06-11 21:43:18 UTC**

6. Kent referred the investigation to HSI C3 for further dissemination. HSI C3 was also provided the IP information and the New Zealand DIA provided the downloaded image and video evidence from Mega Limited to HSI Boston from the link discovered by Kent.

7. On July 27, 2018, HSI C3 issued a summons to Verizon requesting subscriber information associated with the IP address, 173.48.207.102. In its response, Verizon provided the following customer information:

> Customer Name: JOSHUA BEMIS
> Account Address: 3 LAKEVIEW GRDNS, APT 408, NTK, MA 017600000
> Telephone: 6176883112
> Account Creation Date: 10/21/2017

8. HSI C3 disseminated the investigative information and supporting documentation above to HSI Boston.

9. HSI Boston agents reviewed media embedded in the URL link (referenced in Paragraph 5) and noted the link contained approximately 56 videos. HSI Boston agents reviewed the videos, all of which had previously been reviewed by the New Zealand DIA investigators, noting the videos collectively contained over 50 video files depicting minor children engaged in sexually explicit conduct.

10. Examples of the image and video files include:

> a. **Emma and Sister. together and with Dad 16-07.mp4** – this sixteen minute and seven second video file depicts an approximately seven year-old prepubescent female engaged in sexual activity with an approximately ten year-old prepubescent female. The two girls are naked and touching each other's vaginas with their mouths. Toward the end of the video, the two naked children are lying

on their backs on top of each other while an adult male inserts his erect penis inside the vagina of each child at separate times.

  b.  **bbarbie pthc webcam468.avi** – this thirty-nine minute and thirty-seven second video file depicts an approximately ten year-old prepubescent naked female lying on her back and masturbating with her fingers and the handle of a purple hair brush.

  c.  **1st_studio_Siberian_Mouse_12.mp4** – this thirty-nine second video file depicts an approximately nine year-old prepubescent female masturbating with a silver object in a concrete and brick room. The girl inserts the silver object into her vagina and anus.

11. The SUSPECT ACCOUNT was first active on the Mega service on August 15, 2016 and last accessed the service on July 9, 2018. The SUSPECT ACCOUNT primarily used the Chrome Extension on Windows to access the Mega Service. IP logs listed date, time, IP address, country, Internet Service Provider (ISP), and proxy[2] status. On three dates between March and May 2018, logins on Mega for the SUSPECT ACCOUNT appear to be associated with proxy servers. The login on June 11, 2018 was associated with the IP address listed in Paragraph 5a.

12. On October 24, 2018, I queried Massachusetts Registry of Motor Vehicle (RMV) records for Joshua BEMIS, obtaining the following driver's license information:

  Joshua D. BEMIS
  Date of Birth: xx/xx/1990
  Address: 3 Lakeview Gdns, Natick, MA 01760
  Status: Active

---

[2] A proxy server allows a computer user to go online using a masked IP address.

13.     I later queried RMV records for additional licenses and registrations associated with 3 Lakeview Gardens, Apt 408, Natick, MA. RMV registration records indicate that a 2013 Gray Honda Accord sedan is registered to BEMIS (MA REG# 6BZ 615). Records also indicate that AJB (DOB: xx/xx/1995) has a Massachusetts Driver's License with an address of 3 Lakeview Gardens, Apt 408, Natick, MA.

## SEARCH WARRANT

14.     On November 7, 2018, the Honorable Donald L. Cabell issued a search warrant for 3 Lakeview Gardens, Apt 408, Natick, MA (18-mj-xxxx). The search warrant was executed on the morning of November 9, 2018. **Joshua BEMIS** and his wife, AJB, were home at the time of the search warrant execution. No other individuals were present in the home when law enforcement arrived at the residence.

15.     During the execution of the search warrant, law enforcement located a Toshiba external hard drive (Serial Number Z21RPYXNTTV3) in the living/dining area of the residence. The Toshiba external hard drive had markings indicating that it had been manufactured in China. An onsite forensic examination of the hard drive using Encase version 6.19 was conducted. The hard drive was not password protected or encrypted. The three videos described above in paragraph 10 were found on the hard drive, as well as hundreds of videos and images of children, primarily 7 to 16 years of age, engaged in sexual activity.

16.     During the execution of the search warrant, law enforcement also located an HP Pavilion laptop computer (Serial Number 5CH133OWSF) in the living/dining area. The HP Pavilion laptop had markings indicating that it had been manufactured in China. It was forensically examined using Encase version 6.19. A password was not needed to examine the laptop computer. The laptop computer appeared to contain the child pornography located on the hard drive.

17. Upon entry into the residence, **Joshua Bemis** was informed that law enforcement was present to execute a search warrant. After confirming the identity of **Joshua Bemis**, he was advised of his *Miranda* warnings using a Statement of Rights form (ICE Form 73-025). **Joshua Bemis** signed the Statement of Rights form. Additionally, he was informed that he was not under arrest and could leave at any time. During questioning, **Joshua Bemis** stated that he had lived at his current address since April 2018, that he worked with IT medical equipment, that only he and his wife lived in the residence, and that the apartment had internet access through Verizon. He stated that he and his wife have three computers. An Asus computer was used by his wife and he rarely used that computer. He had a Dell computer for his personal use, for which he provided a password. He also stated that he had an Apple iPad, for which he provided a password. Law enforcement asked if others used his computers or devices. He stated that his wife rarely used his computers. He admitted to having a Facebook account and a Twitter account. He was asked about MEGA, a photo sharing site, and he acknowledged he knew about MEGA and used the site to pirate movies. He then stated that he thought he knew what the interview was about and requested a lawyer. The interview was stopped. The interview was audio-recorded.

18. Law enforcement also conducted an audio-recorded interview of AJB. She stated that Josh had one silver laptop he used for his personal activities, one laptop he used for work, and a laptop that didn't work. Asked specifically about the external hard drive, she stated that Josh bought the external hard drive to back up his old laptop, that it had been on the table for months and that no one else used it. She also was asked if she knew anything about the email address **Sleekdeke@gmx.com.** She stated that she had no knowledge of the email address, but knew that "deke" was a hockey move, a stick lift, and also used as a skateboard term. She stated that she knew Josh was familiar with the term.

## CONCLUSION

Based on the foregoing, I submit that there is probable cause to believe that **Joshua BEMIS** conducted the offense of possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

Sworn to under the pains and penalties of perjury,

_____
JOSEPH IANNACCONE
Special Agent
Homeland Security Investigations


SUBSCRIBED and SWORN to before me on November 9, 2018.

_____
HONORABLE KENNETH P. NEIMAN
UNITED STATES MAGISTRATE JUDGE